# EXHIBIT E

| Claimant Name | Sub Class | Payee | Description | Amount | Total |
|---|---|---|---|---|---|
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $2,000.62 | $ 1,710,712.38 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $30.93 | |
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $4,636.12 | |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $94.46 | |
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $1,600.50 | |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $24.75 | |
| USA-Memphis, TN District | Expense | Franvel Corp | ENGINEER/CON STR. CONSULTANT EXPENSE | $60,900.00 | |
| USA-Memphis, TN District | Expense | Franvel Corp | ENGINEER/CON STR. CONSULTANT EXPENSE | $1,251.07 | |
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $207.10 | |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $3.20 | |
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $650.87 | |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $10.06 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | P's legal fees for all briefing | $38,440.00 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $650.87 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $10.06 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | RECOVERY EXPENSE | $473.36 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $7.77 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $19.21 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,242.57 |
| USA-Memphis, TN District | Expense | Allstate Consutlants | ENGINEER/CON STR. CONSULTANT EXPENSE | $645.36 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.87 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | OTHER LEGAL EXPENSE | $8,885.70 |
| USA-Memphis, TN District | Expense | Allstate Consutlants | ENGINEER/CON STR. CONSULTANT EXPENSE | $21,932.69 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $2.62 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $64.00 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | 209.5 hrs. legal time + 865.32 in disbursements | $77,039.52 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $8.69 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $562.12 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $192.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.66 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $48.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $3.30 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $18.73 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,211.53 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | Sammie L. Arnold | LEGAL FEES | $94,558.90 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | LEGAL FEES | $68,276.27 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $1.53 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $241.60 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $112.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $3.51 |
| USA-Memphis, TN District | Expense | Allstate Consultants | Paid consultant in connection with litigation. | $48,401.30 |
| USA-Memphis, TN District | Expense | Franvel Corp | Payment for experts tied to P's litigation against O. | $67,075.89 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.75 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | Pay P's Counsel for payment litigation | $22,834.47 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | Sammie L. Arnold | Pay P's counsel litigation wrongful termination. | $100,787.29 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $65.68 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $1,129.50 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,065.06 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $16.47 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | LEGAL FEES P's counsel wrongful termination | $45,368.83 |
| USA-Memphis, TN District | Expense | Sammie L. Arnold | LEGAL FEES for P's appeal counsel wrongful termination | $104,839.37 |
| USA-Memphis, TN District | Expense | Hamlin Dispute Resolution, LLC | ADR FEES for 8/22/24 mediation. This was on H&H Electric. | $1,520.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $1.01 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $256.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.65 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $24.24 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,568.00 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $312.00 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $30.57 |
| USA-Memphis, TN District | Expense | Claim File Travel-Curte Ferguson Jr | 101633259 | $118.01 |
| USA-Memphis, TN District | Expense | Claim File Travel-Curte Ferguson Jr | 101633259 | $194.86 |
| USA-Memphis, TN District | Expense | Claim File Travel-Curte Ferguson Jr | 101633259 | $29.68 |
| USA-Memphis, TN District | Expense | Claim File Travel-Curte Ferguson Jr | 101633259 | $32.00 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | Claim File Travel-Curte Ferguson Jr | 101633259 | $7.12 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $2.85 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $183.91 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $11,202.53 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $678.81 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $220.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $2.52 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $968.00 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $2,425.97 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $39.34 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $10.21 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $856.80 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $5.63 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $6,577.57 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $104.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.56 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.71 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $192.00 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $240.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.85 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.71 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $288.00 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $42.08 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,923.02 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $823.08 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $240.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $0.94 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $5.79 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $5.09 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $2,064.26 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $320.00 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $7.90 |
| USA-Memphis, TN District | Expense | Asley & Arnold | Huffman Construction | $22,332.45 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $724.00 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $28.82 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $5,896.63 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $91.18 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $608.00 |
| USA-Memphis, TN District | Expense | Ashley & Arnold | Huffman Construction | $19,734.99 |
| USA-Memphis, TN District | Expense | Ashley & Arnold | Huffman Construction | $18,755.13 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $725.60 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $28.63 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $959.20 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $111.25 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $5.80 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $6,493.60 |
| USA-Memphis, TN District | Expense | LEGAL BILL REVIEW | COUNSEL LINK | $0.00 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,183.40 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $377.99 |
| USA-Memphis, TN District | Expense | Ashley & Arnold | Legal services on USACE appeal | $27,426.60 |
| USA-Memphis, TN District | Expense | Franvel Corp. | Expert claim & construction analysis | $84,717.10 |
| USA-Memphis, TN District | Expense | Ashley & Arnold | Huffman Construction legal services | $41,607.20 |
| USA-Memphis, TN District | Expense | Ashley & Arnold | Huffman Construction legal fees | $191,412.64 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $36.31 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | HUFFMAN CONSTRUCTION GRAND PRAIRIE SUPERSTRUCTU RE | $62,962.87 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $7,684.58 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $2,008.42 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $2,682.00 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $15,960.86 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $602.87 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $5.82 |
| USA-Memphis, TN District | Expense | LEGAL SPEND HOLDINGS, LLC | BILL REVIEW FEE | $172.88 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $131.47 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $595.70 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $1,230.54 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $12,068.20 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $7,840.25 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $18,364.20 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $1,119.35 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $163.91 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $262.93 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $39.92 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $63.00 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $30.21 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $32.98 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946334 | $8.17 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $29.00 |
| USA-Memphis, TN District | Expense | Claim File Travel-Paul Eaves | 100946335 | $330.92 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $171.74 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $107.65 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $11,067.75 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $8,280.40 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $62.78 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $72.12 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $4,037.62 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $5,547.80 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $27.85 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $155.62 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $18.49 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $11,942.40 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $28.20 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $118.32 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $1,355.69 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $6,305.97 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $1,394.70 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $25.36 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $1,923.10 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $27.45 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $51.36 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $57.72 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $3,893.30 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $32.90 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $34.94 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $2,688.00 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $100.91 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $2,530.70 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $6,482.02 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $757.30 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $28.20 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $403.30 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $30.07 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $32.41 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $593.33 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $22.28 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $49.27 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $1,440.45 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $2,443.70 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $37,814.20 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $7,488.75 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $50.90 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $394.35 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $5,865.58 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $24,077.10 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $138.06 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $156.60 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $1,676.22 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $8,751.70 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $9,535.33 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $58.79 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $40.63 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $2.81 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $4,481.50 |
| USA-Memphis, TN District | Expense | Claim File Travel-Amy Bernadas | 100133627 | $349.65 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $215.90 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $48.26 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $3,120.97 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $8.73 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $611.30 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $60.57 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $13.08 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $588.00 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $1,006.20 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $59.83 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $444.70 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $23.61 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $4,578.50 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $125.55 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $33,596.40 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $23.66 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $8,118.90 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $611.74 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $6,741.30 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $39,990.50 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $42.08 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $3,237.00 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $6.23 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $93.44 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $456.40 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $23.17 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $5,988.05 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $9.59 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $4.63 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $35.43 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $702.00 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $3.52 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $356.40 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $88.33 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $61.44 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $5,592.65 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $271.00 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $134.77 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $37.01 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $2,847.20 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $10,349.00 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $18.27 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $18.19 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $32.75 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $1,366.20 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $53.66 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $3,306.49 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $131.40 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $8,397.90 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $1,221.35 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $63.51 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $4,794.50 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CONSTR. CONSULTANT EXPENSE | $91.01 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $85.85 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | OTHER LEGAL EXPENSE | $363.25 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $4.88 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $4.86 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $5,147.30 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $375.20 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $340.20 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $33.97 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $11.51 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | LEGAL BILL REVIEW | $81.34 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $48.70 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $339.97 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $545.40 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $522.10 |

| | | | | |
|---|---|---|---|---|
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $2,683.80 |
| USA-Memphis, TN District | Expense | MANIER & HEROD | LEGAL FEES | $5,238.00 |
| USA-Memphis, TN District | Expense | BOTTOMLINE TECHNOLOGIES INC | BILL REVIEW FEE | $5.02 |
| USA-Memphis, TN District | Expense | NICHOLSON PROFESSIONAL CONSULTING I | ENGINEER/CON STR. CONSULTANT EXPENSE | $386.40 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $1.07 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $47.73 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $44.60 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $59.56 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $181.83 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $220.38 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $33.10 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $16.55 |
| CNH Trucking | Expense | REED ELSEVIER INC | OTHER LEGAL EXPENSE | $19.63 |